# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. STEVENS, <br>     Petitioner, <br> v. <br> RON BLOOMFIELD, Warden, <br>     Respondent. | Case No. 21-cv-01908 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order granting Respondent's motion to dismiss, this action is DISMISSED.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __May 20, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\HC.21\01908Stevens_judgment